1042

[No. 69109-1-I. Division One. January 13, 2014.]

MWW, PLLC, ET AL., *Respondents*, v. KIRIBATI SEAFOOD
COMPANY, LLC, ET AL., *Defendants*, MONITOR LIABILITY
MANAGERS, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-18839-8, Kimberley Prochnau, J., entered
June 19, 2012. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 69328-0-I. Division One. January 13, 2014.]

THE STATE OF WASHINGTON , *Respondent*, v. CARL STEVEN
TOBIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-08546-1, Barbara Linde, J., entered Sep-
tember 14, 2012. *Affirmed* by unpublished opinion per
Spearman, A.C.J., concurred in by Cox and Schindler, JJ.

[No. 69405-7-I. Division One. January 13, 2014.]

EGP INVESTMENTS, LLC, *Respondent*, v. JONES LAW GROUP,
PLLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-35222-6, Sharon S. Armstrong, J., entered
September 4, 2012. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[Nos. 69426-0-I; 69820-6-I. Division One. January 13, 2014.]

*In the Matter of the Marriage of* MITCHELL KING, *Appellant*,
and MICHELLE KING, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 11-3-06034-2, Deborah D. Fleck, J., entered
September 4, 2012. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Becker and Verellen, JJ.